
```
DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
ELAINE M. O'NEIL, State Bar #142234
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3881
Facsimile:  (415) 554-3985
E-Mail:  elaine.o'neil@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Ex Rel.* PRAM NGUYEN,<br><br>Plaintiff,<br><br>Bringing this action on behalf of the United States of America<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; and the SAN FRANCISCO AIRPORT COMMISSION,<br><br>Defendants. | Case No. CV09-3934 BZ<br><br>**STIPULATION RE TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date: None set |

WHEREAS Plaintiff Pram Nguyen has sued Defendants City and County of San Francisco and the San Francisco Airport Commission (collectively, the "City"), alleging causes of action under the Clean Air Act and the False Claims Act;

WHEREAS Plaintiff served the City with the complaint on August 27, 2010;

WHEREAS, the City currently must answer or otherwise respond to the complaint by September 16, 2010;

1. WHEREAS the Court has scheduled a case management conference in this matter for November 19, 2010 at 10:00 a.m.;

WHEREAS Plaintiff has agreed to give the City an additional 30 days to respond to the complaint and, as a result, the City would have until October 18, 2010 to answer or otherwise respond to the complaint; and

WHEREAS in light of the additional time given by Plaintiff to the City to respond to the complaint, Plaintiff and the City agree that the case management conference should be continued until January 2011.

NOW THEREFORE THE CITY AND PLAINTIFF HEREBY STIPULATE that:

1. The City shall have until October 18, 2010 to answer or otherwise respond to the complaint; and

2. The case management conference scheduled for November 19, 2010 at 10:00 a.m. shall be continued to January 7, 2011 at 10:00 a.m.

Dated: 9-8- , 2010

LENDRUM LAW FIRM
JEFFREY P. LENDRUM (137751)



By: _____
Jeffrey P. Lendrum

Attorneys for Plaintiffs UNITED STATES OF AMERICA, Ex Rel. PRAM NGUYEN

Dated: Sept 8 , 2010

DENNIS J. HERRERA
CITY ATTORNEY
DANNY CHOU (180240)



By: _____
Danny Chou

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and the SAN FRANCISCO AIRPORT COMMISSION



IT IS SO ORDERED
Judge Samuel Conti

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED.

Dated: _____, 2010

_____
UNITED STATES DISTRICT JUDGE

STIPULATION RE RESPONSE TO COMPLAINT  3  c:\documents and settings\jeff\local settings\temporary internet
CASE NO. CV09-3934 BZ                    files\olk107\00650318.doc