1  Jeffrey P. Lendrum (137751)
   **LENDRUM LAW FIRM**
2  A Professional Corporation
   401 West "A" Street, Suite 2330
3  San Diego, CA  92101
   Telephone: (619) 239-4302
4  Facsimile:  (619) 239-4307
   E-mail: jpl@lendrumlaw.com
5
   Attorney for Plaintiff/Relator PRAM NGUYEN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, *Ex Rel.*   )  Case No.  C 09 3934(SC)
   | PRAM NGUYEN,                          )
12 |                                       )
   |                                       )  **NOTICE OF VOLUNTARY DISMISSAL**
13 |          Plaintiff,                   )  **PURSUANT TO FED. R. CIV. P. 41(a)**
   |                                       )
14 | Bringing this action on behalf of the )
   | United States of America              )
15 |                                       )
   |                                       )
16 | vs.                                   )
   |                                       )
17 |                                       )
   |                                       )
18 | CITY AND COUNTY OF SAN                )
   | FRANCISCO and the SAN FRANCISCO       )
19 | AIRPORT COMMISSION,                   )
   |                                       )
20 |          Defendants.                  )
   |                                       )
21 |                                       )
   |_____)
22

23

24

25

26

27

28

1 | NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), *Qui tam* plaintiff, Pram Nguyen (hereinafter "Plaintiff" or "Relator") voluntarily dismisses the above-captioned action in its entirety, without prejudice.

Dated: October 27, 2010

**LENDRUM LAW FIRM**
A Professional Corporation

By: */s/ Jeffrey P. Lendrum*
Jeffrey P. Lendrum
Attorney for Plaintiff/Relator



IT IS SO ORDERED
Judge Samuel Conti
U.S. DISTRICT JUDGE